UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHARI RICKS,

    Plaintiff,

v

    Case No.: 2:09-cv-10481
    Hon. Patrick J. Duggan

AUTO-OWNERS INSURANCE COMPANY
and HEALTH ALLIANCE PLAN OF MICHIGAN,

    Defendants.

## ORDER GRANTING SUBSTITUTION OF ATTORNEYS

At a session of said Court held in the
City of Detroit, State of Michigan
on April 22, 2009.

PRESENT: HONORABLE PATRICK J DUGGAN

This matter having been brought before the Court, and this Court being fully advised in the premises with regard to same;

IT IS HEREBY ORDERED that Robert L. Goldenbogen be substituted in as attorney for Defendant, Auto-Owners Insurance Company, in the above-entitled matter.

    S/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: April 22, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 22, 2009, by electronic and/or ordinary mail.

    S/Marilyn Orem
    Case Manager