UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SHARI RICKS,**

    Plaintiff,

vs.                                                  Case No: 09-10481

**AUTO- OWNERS INSURANCE COMPANY and
HEALTH ALLIANCE PLAN OF MICHIGAN**,

    Defendants.

| | |
|---|---|
| NICOLE M. WINSTON (P58156)<br>Attorney for Plaintiff<br>ROWLING, PARTIPILO,<br>   STREETER & WINSTON, P.C.<br>701 Huron Ave., P.O. Box 611788<br>Port Huron, MI 48061-1788<br>(810) 985-7700 | LEE A. STEVENS (P29285)<br>Attorney for Defendant Health Alliance<br>FEIKENS, STEVENS KENNEDY & GALBRAITH<br>6600 Woodward, Suite 700<br>Detroit, MI 48226<br>(313) 962-5909 |
| ROBERT L. GOLDENBOGEN (P46166)<br>Attorney for Defendant Auto-Owners<br>GARAN LUCOW MILLER, P.C.<br>511 Fort Street, Suite 505<br>Port Huron, MI 48060<br>(810) 985-4400 | |

### STIPULATED ORDER OF DISMISSAL

At a session of said Court, continued and held
in the Federal Building in the City of Detroit,
State of Michigan, on February 4, 2010.

    PRESENT:  <u>HON. PATRICK J. DUGGAN</u>
                         U.S. DISTRICT COURT JUDGE


In accordance with a stipulation of the parties, as evidenced by their signatures below;

**IT IS HEREBY ORDERED** that the above entitled cause be and the same is dismissed:

    a.    With prejudice and without costs to any party as to all claims for expenses incurred and which have been submitted for payment through the date of this Order; and

    b.    Without prejudice and without costs to any party as to future expenses incurred after the date of this Order.

This is a final Order and resolves all pending claims and closes the case.

    s/Patrick J. Duggan  
    Patrick J. Duggan  
    United States District Judge

Dated: February 4, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 4, 2010, by electronic and/or ordinary mail.

    s/Marilyn Orem  
    Case Manager

Stipulated to by:

s/ Nicole M. Winston  
Attorney for Plaintiff

s/ with consent of Robert L. Goldenbogen  
Attorney for Defendant Auto-Owners

s/ with consent of Lee A. Stevens  
Attorney for Defendant Health Alliance